| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, APC** |
| 2 | Theodore A. Pinnock, Esq.    Bar #: 153434 |
|   | David C. Wakefield, Esq.     Bar #: 185736 |
| 3 | Michelle L. Wakefield, Esq.  Bar #: 200424 |
|   | 3033 Fifth Avenue, Suite 410 |
| 4 | San Diego, CA  92103 |
|   | Phone: (619) 858-3671 |
| 5 | Fax:   (619) 858-3646 |

FILED
2006 SEP -8 PM 1:47

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF OF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, AN INDIVIDUAL, | Case No.: 06cv781 BEN POR |
| Plaintiffs | **REQUEST FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT AND ORDER THEREON.** |
| v. | |
| INTERNATIONAL COFFEE AND TEA, LLC a.k.a. Coffee Bean & Tea Leaf; INTERNATIONAL COFFEE AND TEA LLC; MABEE FAMILY TRUST, (10-04-01); | [Fed.R.Civ.P. Rule 41(a)(2)] |
| and | |
| **DOES 1 THROUGH 10,** Inclusive, | |
| Defendants. | |

   IT IS HEREBY REQUESTED by **ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF OF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, AN INDIVIDUAL,** Plaintiffs, via their attorney of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this

1

Case Number 06cv781 BEN POR

Court enter a dismissal without prejudice of ALL Defendants from Plaintiffs' Complaint, Case Number 06cv781 BEN POR. Dismissal of ALL Defendants with prejudice shall dismiss the Complaint in its entirety.

**IT IS SO REQUESTED.**

Dated: 9/5/06

PINNOCK & WAKEFIELD

By: _____
THEODORE A. PINNOCK, ESQ.
DAVID C. WAKEFIELD, ESQ.
MICHELLE L. WAKEFIELD, ESQ.
Attorneys for Plaintiffs

## ORDER ON NOTICE OF DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE AND PLAINTIFFS COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06cv781 BEN POR. Dismissal of ALL Defendants shall dismiss the Complaint in its entirety.

**IT IS SO ORDERED.**

Dated: 9/07/06

_____
HONORABLE ROGER T. BENITEZ
U.S. DISTRICT COURT JUDGE